**IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| ROMEO COOLEY, | ) |
| Petitioner, | ) |
| v. | ) Civil Action No. 07-14 Erie |
| DENEEN M. WILLIAMS, et al., | ) |
| Respondents. | ) |

## MEMORANDUM ORDER

This petition for writ of habeas corpus was received by the Clerk of Court on January 30, 2007 and was referred to United States Magistrate Judge Susan Paradise Baxter for report and recommendation in accordance with the Magistrates Act, 28 U.S.C. § 636(b)(1), and Rules 72.1.3 and 72.1.4 of the Local Rules for Magistrates.

The Magistrate Judge's Report and Recommendation, filed on February 6, 2007, recommended that this action be dismissed in accordance with 28 U.S.C. § 1915(d) for lack of subject matter jurisdiction. The parties were allowed ten (10) days from the date of service to file objections. Service was made on Petitioner by certified mail at SCI Albion, where he is incarcerated. Petitioner has filed no objections to Magistrate Judge Baxter's Report and Recommendation. After de novo review of the petition and documents in the case, together with the Report and Recommendation, the following order is entered:

AND NOW, this 6th day of March, 2007;

IT IS HEREBY ORDERED that the Petition for Writ of Habeas Corpus is DISMISSED in accordance with 28 U.S.C. § 1915(d) for lack of subject matter jurisdiction.

The Report and Recommendation of Magistrate Judge Baxter, filed on February 6, 2007, is adopted as the opinion of the Court.

                                      s/   Sean J. McLaughlin
                                            United States District Judge

cm:    All parties of record
         Susan Paradise Baxter, U.S. Magistrate Judge